CENTRAL TRUST AND SAVINGS COMPANY v. WATERBURY COMPANY.— Motion

for reargument denied. Motion to resettle granted to this extent only: In subdivision (e) of paragraph 10, " defendant " stricken out and " plaintiff " inserted. In paragraph 21, " June 6, 1919 " changed to " June 6, 1914." Submit order. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.